[No. 36686-6-I.    Division One.    September 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
STEPHANIE LABUDA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-03607-2, Joan E. DuBuque, J., entered May 22, 1995. *Reversed* by unpublished opinion per Cox, J., concurred in by Baker, C.J., and Webster, J.


[No. 36966-1-I.    Division One.    September 23, 1996.]

LISA M. TOON, *Appellant*, v. SBD, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-03401-4, Anthony P. Wartnik, J., entered June 8, 1995. *Reversed* by unpublished per curiam opinion.


[No. 14562-0-III.    Division Three.    September 24, 1996.]

*In the Matter of* JOSH J. WININGHAM.

THE STATE OF WASHINGTON, *Respondent*, v.
JOSH J. WININGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 94-8-00153-6, Michael E. Cooper, J., entered December 7, 1994. *Reversed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Schultheis, J.


[No. 14716-9-III.    Division Three.    September 24, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
RANDALL LAUDERDALE, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 94-1-00444-2, John E. Bridges, J., entered February 7, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Munson, J.